IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SEVERALLY SUBCRIBING TO POLICY No. 150613000, SYNDICATE 1458 RNR - RENAISSANCERE SYNDICATE, HAMILTON MANAGING AGENCY LIMITED FOR AND ON BEHALF OF ALL UNDERWRITING MEMBERS OF ACAPPELLA SYNDICATE 2014 FOR THE 2018 YEAR OF ACCOUNT, SYNDICATE 1955 BAR - BARBICAN INSURANCE, SYNDICATE 2001 AML - MS AMLIN, SYNDICATE 5678 VSM - VIBE SYNDICATES | PLAINTIFFS |
| V.    CASE NO. 5:20-CV-05130-TLB | |
| CARLA CHASTAIN; STEVE CHASTAIN; CHASTAIN FINANCIAL SERVICES, LLC; DIANE ADAMS MANN; KENDRA KILKER; CHARLES FAIR; and THE ADAMS TRUST UAD SEPTEMBER 8, 2004 | |
| | DEFENDANTS |

## MOTION FOR SUMMARY JUDGMENT

COME NOW Plaintiffs, Those Certain Underwriters at Lloyd's, London Severally Subscribing to Policy No. 150613000, Syndicate 1458 RNR – RenaissanceRe Syndicate, Hamilton Managing Agency Limited for and on Behalf of all Underwriting Members of Acappella Syndicate 2014 for the 2018 Year of Account, Syndicate 1955 BAR - Barbican Insurance, Syndicate 2001 AML - MS Amlin, Syndicate 5678 VSM - Vibe Syndicates (hereinafter "Underwriters"), by their attorneys, Barber Law Firm PLLC, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1(a) of the United States District Courts for the Eastern and Western Districts of Arkansas, and

for their Motion for Summary Judgment respectfully states:

1. There are no material facts in dispute.

2. Underwriters issued Policy No. 150613000 to Carla Chastain for the policy period of December 1, 2018 – December 1, 2019. A certified copy of the policy and declarations are attached hereto as Exhibit A. The declarations page states that the policy had a retroactive date of December 1, 2017, that the liability limits are $1,000,000.00, and that there are no additional insureds listed on the policy. *Id.*

3. In the underlying lawsuit, however, the plaintiffs allege Wrongful Acts on the part of the Chastain Defendants that occurred years, if not decades, prior to the retroactive date of the policy. Specifically, they allege the Chastain Defendants convinced Ms. Mann to purchase a universal life insurance policy with a high death benefit and that she should use a premium financing agreement to pay for the policy. See Exhibit B at paragraphs 23 and 27-28. They further allege Ms. Mann's reliance on this advice caused her damages.

4. The life insurance policy, Allianz Policy No. 60029341, in question was purchased in 2008, and the premium financing agreement with Insurative (Account No. 4U7187660) to pay for the premiums was entered into at the same time. See Exhibits C and D, respectively.

5. As such, and even at a cursory glance, it is abundantly clear that Underwriters has no duty to defend or indemnify the Chastain Defendants in

the underlying lawsuit because the Wrongful Acts complained of occurred nearly a decade prior to the retroactive date of the policy.

6. Moreover, even if the Wrongful Acts somehow occurred within the policy period, coverage is precluded by numerous, unambiguous policy exclusions.

7. As such, and for the reasons stated more fully in the accompanying brief and the Reservation of Rights letter attached hereto as Exhibit E, Underwriters is entitled to a ruling that it no longer has a duty to provide the Chastain Defendants with a defense in underlying lawsuit.

8. Additionally, and for the reasons stated more fully in the accompanying brief, Underwriters is entitled to a ruling that Policy No. 150613000 does not apply to any damages sought in the underlying lawsuit and that it has no duty to indemnify anyone in relation to the underlying lawsuit.

9. In addition to the aforementioned Exhibits, the following are also attached hereto:

> Exhibit F:   Diane Mann's deposition transcript; and
>
> Exhibit G:   Carla Chastain's deposition transcript.

10. A Brief in Support of this Motion is being filed contemporaneously herewith and is incorporated in this Motion as if set forth word for word.

WHEREFORE, Plaintiffs, Those Certain Underwriters at Lloyd's, London Severally Subscribing to Policy No. 150613000, Syndicate 1458 RNR –

RenaissanceRe Syndicate, Hamilton Managing Agency Limited for and on Behalf of all Underwriting Members of Acappella Syndicate 2014 for the 2018 Year of Account, Syndicate 1955 BAR - Barbican Insurance, Syndicate 2001 AML - MS Amlin, Syndicate 5678 VSM - Vibe Syndicates, pray their Motion for Summary Judgment be granted pursuant to Rule 56 of the Federal Rules of Civil Procedure, that this Court enter a judgment declaring that they owe no coverage under Policy No. 150613000 and that they have no duty to defend and/or indemnify Carla Chastain, Steve Chastain, Chastain Financial Services, LLC, or any person for any loss(es) or damage(s) arising from the allegations contained in the underlying lawsuit, and for all other relief to which they may be entitled.

    Respectfully submitted,

    Ben C. Hall, AR BIN 2010159
    BARBER LAW FIRM PLLC
    *Attorneys for Underwriters at Lloyd's London*
    425 West Capitol Avenue, Suite 3400
    Little Rock, Arkansas 72201-3483
    501-372-6175/ 888-412-3288 - facsimile
    bhall@barberlawfirm.com