UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SEVERALLY COMBINED TO POLICY NO. 150613000, SYNDICATE 1458 RNR – RENAISSANCERRE SYNDICATE, HAMILTON MANAGING AGENCY LIMITED FOR AND ON BEHALF OF ALL UNDERWRITING MEMBERS OF ACAPPELLA SYNDICATE 2014 FOR THE 2018 YEAR OF ACCOUNT, SYNDICATE 1955 BAR – BARBICAN INSURANCE, SYNDICATE 2001 AML – MS AMLIN, SYNDICATE 5678 VSM – VIBE SYNDICATES | PLAINTIFFS |
| v.   CASE NO.: 5:20-cv-05130-TLB | |
| CARLA CHASTAIN; STEVE CHASTAIN; CHASTAIN FINANCIAL SERVICES, LLC; DIANE ADAM MANN; KENDRA KILKER; CHARLES FAIR, THE ADAM TRUST UAD SEPTEMBER 8, 2004; and EDWARD J. BYRNES, INDIVIDUALLY AND AS TRUSTEE OF THE P. DIANE ADAMS MANN MASSACHUSETTS TRUST UAD AUGUST 26, 2008 | DEFENDANTS |

**SEPARATE DEFENDANTS DIANE ADAMS MANN, KENDRA KILKER, CHARLES FAIR, AND THE ADAMS TRUST'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW, Separate Defendants Diane Adams Mann, Kendra Kilker, Charles Fair, and the Adams Trust dated September 8, 2004 (collectively, "Separate Defendants"), by and through their attorneys, Kutak Rock LLP, and for their Motion for Partial Summary Judgment, pursuant to Federal Rules of Civil Procedure 10 and 56, state:

1. Separate Defendants Carla Chastain, Steve Chastain, and Chastain Financial LLC (collectively the "Chastain Defendants") filed herein their Motion for Partial Summary Judgment on August 5, 2021.[1]

---

[1] *See* Doc. 32.

2.   Pursuant to Federal Rule of Civil Procedure 10, Separate Defendants herein incorporate by refence the Chastain Defendants' Motion for Partial Summary Judgment and adopt said Motion as their own.

3.   Separate Defendants reiterate the position that Plaintiffs owe a duty to defend and indemnify the Chastain Defendants in the Underlying Case.[2]

4.   The allegations made by the Separate Defendants in the Underlying Case against the Chastain Defendants are specifically covered under the policy[3] issued by the Plaintiffs to the Chastain Defendants.

5.   Furthermore, the policy issued by the Plaintiffs to the Chastain Defendants covers the damages suffered by Separate Defendants, including punitive damages.[4]

**WHEREFORE, PREMISES CONSIDERED**, the Separate Defendants pray this Court grant their Motion for Partial Summary Judgment and find Plaintiffs owe a duty to defend and indemnify the Chastain Defendants in the Underlying Case, along with all other relief to which they may be entitled.

---

[2] *See* Doc. 10, Exhibit A.
[3] *See* Doc. 10, Exhibit C.
[4] *Id*.

Dated: August 13, 2021.

Respectfully submitted,

KUTAK ROCK LLP

Kyle Unser, AR 2007133
Andrew Tarvin, AR 2015191
234 East Millsap Road, Suite 200
Fayetteville, AR  72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
kyle.unser@kutakrock.com
andrew.tarvin@kutakrock.com

*Attorneys for Separate Defendants Diane Adams Mann, Kendra Kilker, Charles Fair, and the Adams Trust dated September 8, 2004*

4844-8479-9478.1